IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANTHONY R. WEST                                                          PETITIONER

v.                          NO. 2:06CV00129  JMM-JFF

LINDA SANDERS,
Warden, FCI Forrest City; and
UNITED STATES PAROLE
COMMISSION                                             RESPONDENTS

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice and that Petitioner's motion for release on bail pending adjudication of this case is denied.

IT IS SO ADJUDGED this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE